IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN S HAILE,

    Plaintiff,
v.                                        CASE NO. 4:18-cv-141-MW-GRJ

MAJOR JOHNSON, et al.,

    Defendants.
_____/

**REPORT AND RECOMMENDATION**

Plaintiff John S. Haile, DOC # H44084, an inmate presently confined at Santa Rosa CI, initiated this case by filing a complaint and a motion for leave to proceed as a pauper. ECF Nos. 1 & 2. The complaint is deficient because Plaintiff failed to use this Court's form for *pro se* inmate complaints. Plaintiff's IFP motion is deficient because Plaintiff failed to submit a prisoner consent and financial certificate, together with a certified copy of his six-month account statement for the six-month period preceding the filing of the complaint (September 12, 2017, to March 12, 2018). The Court ordered Plaintiff to correct these deficiencies on or before April 27, 2018, and warned Plaintiff that failure to comply would result in a recommendation that this case be dismissed without further notice. ECF No. 5. As of this date, Plaintiff has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 8th day of May 2018.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**