IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN S. HAILE,

    Plaintiff,

v.                                Case No. 4:18cv141-MW/CAS

MAJOR JOHNSON, et al.,

    Defendants.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 7. This Court has also considered Plaintiff's motions for leave to proceed *in forma pauperis*, ECF Nos. 2 & 8, and the Magistrate's order, ECF No. 9, striking Plaintiff's latest IFP motion, ECF No. 8. Plaintiff continues to not comply with the Magistrate Judge's order, ECF No. 5, requiring Plaintiff to file his six-month account statement together with his IFP motion. Accordingly,

    **IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Plaintiff's deficient motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED**. The Clerk shall enter judgment stating,

1

"Plaintiff's complaint is dismissed without prejudice for failure to comply with an order of the Court and failure to prosecute." This Court also affirms the Magistrate's order, ECF No. 9, which strikes Plaintiff's latest IFP motion, ECF No. 8, as deficient. The Clerk shall close the file.

    **SO ORDERED on June 1, 2018.**

                                <u>**s/Mark E. Walker**</u>   
                                **United States District Judge**